AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| John Frilando | |
| *Plaintiff* | ) |
| v. | ) |
| United States of America, Judge Weston Houck, | ) |
| Judge Cameron Currie, Judge Margaret B. Seymour, | ) |
| AUSA Alfred Bethea, Agent Joseph M. Koeing, | ) |
| Attorney Randolph Gregory | ) |
| *Defendant* | |

Civil Action No.     4:13-cv-861-DCN

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge. The court accepts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:    May 20, 2013

*CLERK OF COURT*

s/Debbie Stokes
_____
*Signature of Clerk or Deputy Clerk*